[No. 16098-6-II. Division Two. August 11, 1994.]

BRANDON BLISS, ET AL, *Appellants*, v. DAIRYLAND
INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-2-05797-1, J. Kelley Arnold, J., entered May
14, 1992. *Affirmed* by unpublished opinion per Seinfeld, J.,
concurred in by Morgan, C.J., and Alexander, J.

[Nos. 15442-1-II; 17905-9-II. Division Two. August 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN
BRADFORD, *Appellant*.

*In the Matter of the Personal Restraint of* NATHAN
BRADFORD, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-1-04406-0, James P. Healy, J., entered No-
vember 1, 1991, together with a petition for relief from
personal restraint. Judgment *affirmed in part* and *remanded*
and petition *dismissed* by unpublished opinion per Alexan-
der, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 15722-5-II. Division Two. August 12, 1994.]

HAZEL L. FRETTS, *Appellant*, v. STELLAR PACIFIC, INC.,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-2-09834-1, Waldo F. Stone, J., entered Janu-
ary 31, 1992. *Affirmed* by unpublished opinion per Morgan,
C.J., concurred in by Alexander and Houghton, JJ.